```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Lorettann Gascard

       v.                                    Civil No. 1:14-cv-220-JL

Franklin Pierce University, et al


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

     The attachments to the complaint in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the attachments to the complaint.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachments to the complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).


     SO ORDERED.

                                              */s/ Daniel J. Lynch*
                                              Daniel J. Lynch
                                              United States Magistrate Judge


Date: May 22, 2014

cc:   Lorettann Gascard, pro se