## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF N.H.

| | |
|---|---|
| LORETTANN GASCARD, Pro Se ) | |
| ) | 2015 JAN 26 P 3:12 |
| Plaintiff. ) | |
| v. ) | |
| ) | Civ. A. No. 1:14-CV-220-JL |
| FRANKLIN PIERCE UNIVERSITY, et al. ) | |
| ) | |
| Defendants. ) | |

### MOTION TO AMENDED/SUPPLEMENT PLEADING

The Plaintiff, Lorettann Gascard, pro se, requests of the court to grant leave in order to "serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented", pursuant to Federal Rules of Civil Procedure Rule 15(d). A memorandum of law in support of this Motion has been contemporaneously filed and is hereby incorporated.