| Fall Semester - Rindge | | 2014 |
|---|---|---|
| Residence Halls Open/New Students Arrive | Sat | Aug 30 |
| Orientation for New Students | Sat - Mon | Aug 30 - Sep 1 |
| Returning Students Arrive | Sun | Aug 31 |
| Registration for all Students | Mon | Sep 1 |
| Classes Begin | Tues | Sep 2 |
| Add/Drop Ends - Fall | Mon | Sep 8 |
| Family Day | Sat | Sep 27 |
| Alumni Homecoming | Sat | Sep 27 |
| October Open House | Sun | Oct 5 |
| Fall Break - 2 Days - Administrative Offices Closed - No classes | Mon & Tues | Oct 13-14 |
| November Open House | Sat | Nov 8 |
| Franklin Pierce Founder's Day | Fri | Nov 14 |
| Last Day of Classes before Thanksgiving Break (Res. Halls Close at 8 PM) | Tues | Nov 25 |
| Thanksgiving Break - Rindge Campus Closed | Wed - Fri | Nov 26-28 |
| Residence Halls Re-Open at 12 PM | Sun | Nov 30 |
| Classes Resume | Mon | Dec 1 |
| Last Day of Classes | Fri | Dec 12 |
| Reading Day | Sat | Dec 13 |
| Final Examinations - 4 Day Period | Sun - Wed | Dec 14-17 |
| Residence Halls Close at 8 PM, Winter Break Begins | Wed | Dec 17 |
| Winter Holiday - Rindge Campus Closed | Mon - Sun | Dec 22-Jan 4 |

| Spring Semester - Rindge | | 2015 |
|---|---|---|
| Martin Luther King, Jr. Day - Rindge Campus Closed | Mon | Jan 19 |
| Orientation, Res Halls Open & Registration | Tues | Jan 20 |
| Classes Begin | Wed | Jan 21 |
| Add/Drop Ends - Spring | Tues | Jan 27 |
| Winter Open House | Sun | Feb 8 |
| President's Holiday - Rindge Campus Closed | Mon | Feb 16 |
| Last Day of Classes Before Spring Break (Res. Halls Close at 8 PM) | Fri | Mar 13 |
| Spring Break Day - Rindge Campus Closed | Fri | Mar 20 |
| Residence Halls Re-Open at 12 PM | Sun | Mar 22 |
| Classes Resume | Mon | Mar 23 |
| Spring Open House | Sat | Apr 18 |
| Last Day of Classes & Honors Convocation | Fri | May 8 |
| Reading Day | Sat | May 9 |
| Final Examinations - 4 Day Period | Sun - Wed | May 10-13 |
| Residential Halls Close for Underclass Students at 8 PM | Wed | May 13 |